# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES E. WHITNEY**
**ADC #163817**                                                                    **PLAINTIFF**

v.                                **No. 4:17-cv-281-DPM**

**UNITED STATES DEPARTMENT**
**OF JUSTICE**                                                     **DEFENDANT**

## JUDGMENT

Whitney's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2018